# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1391

MUELLER COMERCIAL DE MEXICO, S. DE R.L. DE C.V.
and SOUTHLAND PIPE NIPPLES CO., INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

TMK IPSCO TUBULARS and
ALLIED TUBE AND CONDUIT,

Defendants-Appellees,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 11-CV-0319, Judge Leo M. Gordon.

Authorized Abbreviated Caption[2]

MUELLER COMERCIAL DE MEXICO V US, 2013-1391

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.